UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**
Alexis Paredes

Bankruptcy No. 13-19382
Honorable Laurel M Isicoff
Chapter 13

Debtor(s)
_____/

### WITHDRAWAL OF PROOF OF CLAIM #1
### FILED ON 6/5/2013

NOW COMES Creditor, JPMorgan Chase Bank, N.A., by and through its agents, FIVE LAKES AGENCY, INC., and hereby withdraws its Proof of Claim #1 Filed on June 5, 2013 in the amount of $149,243.56.

Respectfully submitted,
FIVE LAKES AGENCY, INC.

By: ___/S/ Yausheka Colding___
Yausheka Colding
Agents for Creditor,
JPMorgan Chase Bank, N.A.
PO BOX 80730
ROCHESTER, MI 48308
263549

Dated: July 9, 2014

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**
Alexis Paredes

Bankruptcy No. 13-19382
Honorable Laurel M Isicoff
Chapter 13

Debtor(s)
_____/

### CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PROOF OF CLAIM #1 FILED ON 6/5/2013

Yausheka Colding hereby certifies that on the 9th day of July, 2014, a true and correct copy of the Withdrawal of Proof of Claim #1 Filed on June 5, 2013 and Certificate Of Service either by electronic notice or by depositing same in a United States Postal Box located in Rochester, Michigan, with the lawful amount of postage affixed thereto, upon the following:

Ricardo A. Rodriguez
900 W 49 St # 408
Hialeah, FL 33012

Nancy K. Neidich, Trustee
POB 279806
Miramar, FL 33027

/s/    Yausheka Colding
FIVE LAKES AGENCY, INC.
Agents for Creditor,
JPMorgan Chase Bank, N.A.
PO BOX 80730
ROCHESTER, MI  48308
(855) 824-1000